**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: John Smith                                              CHAPTER 13
       Carol Smith

<u>Debtor(s)</u>                                              BKY. NO. 23-10394 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of ONYX Bay Trust and index same on the master mailing list.

                          Respectfully submitted,

                          /s/ *Michael Farrington*
                          Michael Farrington
                          22 Feb 2023, 10:19:34, EST

                          KML Law Group, P.C.
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106-1532
                          (215) 627-1322