Certificate Number: 14424-PAE-DE-037212937

Bankruptcy Case Number: 23-10394



14424-PAE-DE-037212937

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 26, 2023</u>, at <u>9:32</u> o'clock <u>PM EST</u>, <u>John Smith</u> completed a course on personal financial management given <u>by internet</u> by <u>BK Class Inc.</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>February 26, 2023</u>

By:     <u>/s/Edsie Lim</u>

Name:  <u>Edsie Lim</u>

Title:  <u>Certified Personal Finance Counselor</u>