Certificate Number: 14424-PAE-DE-037212938

Bankruptcy Case Number: 23-10394



14424-PAE-DE-037212938

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 26, 2023, at 9:32 o'clock PM EST, Carol M Smith completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: February 26, 2023

By: /s/Edsie Lim

Name: Edsie Lim

Title: Certified Personal Finance Counselor