**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:        John Smith,                    Bankruptcy No. 23-10394-pmm
              Carol Smith
                    Debtors              Chapter 13

## ORDER

        AND NOW, it is hereby ORDERED and DECREED that the Motion of the above-named

Debtor to Extend Time to File Documents is granted and the Debtor has until March 9, 2023 to

file the missing documents.

    Dated: 2/27/23                        BY THE COURT:

                                          Patricia M. Mayer
                                          United States Bankruptcy Judge