United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                            Case No. 23-10394-pmm

John J. Smith, III                                                        Chapter 13

Carol Smith

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 27, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John J. Smith, III, Carol Smith, 501 Deborah Drive, Reading, PA 19608-1936 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2023                     Signature:                    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | |
| | on behalf of Joint Debtor Carol Smith tobykmendelsohn@comcast.net |
| BRENNA HOPE MENDELSOHN | |
| | on behalf of Debtor John J. Smith  III tobykmendelsohn@comcast.net |
| MICHAEL PATRICK FARRINGTON | |
| | on behalf of Creditor ONYX BAY TRUST mfarrington@kmllawgroup.com |
| SARAH K. MCCAFFERY | |
| | on behalf of Creditor WELLS FARGO BANK  N.A., AS TRUSTEE FOR THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-NC2 c/o Select Portfolio Servicing, Inc. ckohn@hoflawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | |
| | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |

District/off: 0313-4                                        User: admin                                        Page 2 of 2
Date Rcvd: Apr 27, 2023                                 Form ID: pdf900                                Total Noticed: 1

SCOTT F. WATERMAN [Chapter 13]
                        ECFMail@ReadingCh13.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  John J. Smith, III                    :        Chapter 13
        Carol Smith
                Debtors                       :        Bankruptcy No. 23-10394-pmm

**CONSENT ORDER**

*AND NOW*, this 18th day of April, 2023 upon agreement of the parties in lieu of the
Chapter 13 Standing Trustee's filing a motion to dismiss with prejudice, it is

*ORDERED*, that because this is the Debtors' fourth Chapter 13 bankruptcy filing since
2019, if this case is dismissed for any reason Debtors shall be prohibited from filing, individually
or jointly, any subsequent bankruptcy within two (2) years without further leave of court from
date of dismissal order of case. And it is further

*ORDERED*, that this Consent Order shall be effective without any further reference to its
terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal,
the identity of the party moving for the dismissal, or the express terms of the order dismissing the
case. The dismissal of the case, in and of itself, shall be sufficient to effectuate this Consent
Order and the barring of the Debtors from further filings in accordance with its terms.

Date: April 18, 2023

Date: 4/2/23

Date: 4-20-2023

Date: 4-20-2023

Scott F. Waterman, Esquire
Chapter 13 Standing Trustee

Attorney for Debtors

Debtor

Debtor

BY THE COURT:

**Date: April 27, 2023**

**HON. PATRICIA M. MAYER**
**BANKRUPTCY JUDGE**