### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: John J. Smith, III**<br>**Carol Smith**<br>　　　　　Debtors<br><br>**ONYX Bay Trust**<br>　　　　　Movant<br><br>　　　　vs.<br><br>**John J. Smith, III**<br>**Carol Smith**<br>　　　　　Respondents<br><br>**Scott F. Waterman**<br>　　　　　Trustee | **CHAPTER 13**<br><br><br>**NO.** 23-10394 PMM |

### **ORDER**

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by ONYX Bay Trust, it is **Ordered** and **Decreed** that confirmation is **denied**.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Bankruptcy Judge