# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: John J. Smith, III**<br>　　　**Carol Smith**<br>　　　　　　　　　　　**Debtors**<br><br>**ONYX Bay Trust**<br>　　　　　　　　　　　**Movant**<br>　　　vs.<br><br>**John J. Smith, III**<br>**Carol Smith**<br>**Scott F. Waterman, Trustee**<br>　　　　　　　　　　　**Respondents** | CHAPTER 13<br>BK. NO. 23-10394 PMM |

## **CERTIFICATION OF SERVICE**

　　　I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **May 25, 2023**.

Scott F. Waterman, Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Brenna Hope Mendelsohn, Esq.
Mendelsohn & Mendelsohn, PC
637 Walnut Street
Reading, PA 19601

John J. Smith, III
501 Deborah Drive
Reading , PA 19608

Carol Smith
501 Deborah Drive
Reading, PA 19608

Date: May 25, 2023

　　　　　　　　　　　　　　　　　　　　　　　By: /s/Denise Carlon, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　　　Denise Carlon, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant