UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    John J Smith III<br>    Carol Smith<br><br>                Debtors | Chapter 13<br>Bankruptcy No.23-10394-PMM |

CERTIFICATE OF SERVICE

    I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 26th day of June, 2023, by first class mail upon those listed below:

John J Smith III
Carol Smith
501 Deborah Drive
Reading, PA  19608

**Electronically via CM/ECF System Only:**

BRENNA H MENDELSOHN ESQ
MENDELSOHN & MENDELSOHN PC
637 WALNUT ST
READING, PA  19601

                                          */s/ Kristen Gliem*
                                          Kristen Gliem
                                          for
                                          Scott F. Waterman, Esquire
                                          Standing Chapter 13 Trustee