# MORGAN

**Employer Name:** Morgan Truck Body LLC
**Employer Phone:** 1-800-666-7426
**Employer Address:** 111 Morgan Way, Morgantown, PA 19543

**Employee Name:** Tammie M Sensenig
**Employee #:** 582950
**Employee Address:** 35 Dorchester Dr, Wyomissing, PA 19610
**Department:** Salary
**Job Title:** MTB – Supervisor, Production

**Pay Date:** 12/15/2022
**Pay Period:** 11/28/2022 – 12/11/2022
**Check #:** 559092877
**Pay Frequency:** Bi-Weekly
**Pay Rate:** $3,076.92
**Federal Filing Status:** Single
**Federal 2c/Extra Withholding:** No/$0.00
**Local Exemptions:** 0 (Brecknock)
**State Filing Status:** (PA)
**State Exemptions:** 0 (PA)

| | Current 11/28/2022 – 12/11/2022 | | | YTD As of 12/11/2022 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 80.0000 | | $3,076.92 | 1,280.0000 | $49,330.72 |
| Regular | 80.0000 | 38.4615 | $3,076.92 | 1,065.0000 | $40,961.50 |
| HOLIDAY | | | | 40.0000 | $1,538.46 |
| SICK | | | | 23.0000 | $884.61 |
| VACATION | | | | 128.0000 | $4,923.07 |
| Misc Bonus | | | | | $100.00 |
| PTO | | | | 24.0000 | $923.08 |
| **Taxable Benefits** | | | $3.18 | | $38.16 |
| GROUP TERM LIFE | | | $3.18 | | $38.16 |
| **Memo Information** | | | $36.92 | | $443.04 |
| ERMATCH | | | $36.92 | | $443.04 |
| **Pre-Tax Deductions** | | | $214.68 | | $3,035.58 |
| 401K-PERCENT | | | $61.54 | | $738.48 |
| MEDICAL | | | $33.00 | | $495.00 |
| Dental | | | $6.00 | | $90.00 |
| Vision | | | $4.76 | | $71.40 |
| FLEX-MEDICAL | | | $109.38 | | $1,640.70 |
| **Taxes** | | | $602.14 | | $9,772.93 |
| FIT | | | $255.39 | | $4,196.05 |
| SS | | | $181.47 | | $2,918.45 |
| MED | | | $42.44 | | $682.54 |
| PA W/H | | | $89.76 | | $1,443.93 |
| PA UT EE | | | $1.84 | | $29.59 |
| BrcknkTwpW/H-L | | | $29.24 | | $470.37 |
| BrckTwp LST-L | | | $2.00 | | $32.00 |
| **Post-Tax Deductions** | | | $29.46 | | $441.90 |
| LIFE-SUPPLEMENT | | | $16.62 | | $249.30 |
| LIFE-ADD | | | $3.23 | | $48.45 |
| Hosp Indem | | | $4.56 | | $68.40 |
| VOL ACDNT | | | $5.05 | | $75.75 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $2,230.64 | | $36,080.31 |
| On-Demand Pay – 11/28/2022 | | | $49.19 | | |
| On-Demand Pay – 11/29/2022 | | | $132.65 | | |
| On-Demand Pay – 11/30/2022 | | | $132.66 | | |
| On-Demand Pay – 12/1/2022 | | | $132.64 | | |
| On-Demand Pay – 12/2/2022 | | | $132.64 | | |
| On-Demand Pay – 12/5/2022 | | | $115.20 | | |
| On-Demand Pay – 12/6/2022 | | | $114.55 | | |
| On-Demand Pay – 12/8/2022 | | | $206.32 | | |
| On-Demand Pay – 12/9/2022 | | | $99.47 | | |
| Direct Deposit | 031000503 | XXXXXX5096 | $1,115.32 | | |

CERIDIAN



**Employer Name:** Morgan Truck Body LLC
**Employer Phone:** 1-800-666-7426
**Employer Address:** 111 Morgan Way, Morgantown, PA 19543

**Employee Name:** Tammie M Sensenig
**Employee #:** 582950
**Employee Address:** 35 Dorchester Dr, Wyomissing, PA 19610
**Department:** Salary
**Job Title:** MTB - Supervisor, Production

**Pay Date:** 11/17/2022
**Pay Period:** 10/31/2022 - 11/13/2022
**Check #:** 549529902
**Pay Frequency:** Bi-Weekly
**Pay Rate:** $3,076.92
**Federal Filing Status:** Single
**Federal 2c/Extra Withholding:** No/$0.00
**Local Exemptions:** 0 (Brecknock) (PA)
**State Filing Status:** (PA)
**State Exemptions:** 0 (PA)

|  | Current 10/31/2022 - 11/13/2022 | | | YTD As of 11/13/2022 | |
|---|---|---|---|---|---|
|  | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** |  |  | $3,076.92 | 1,120.0000 | $43,176.88 |
| Regular | 80.0000 | 38.4615 | $3,076.92 | 921.0000 | $35,423.04 |
| HOLIDAY |  |  |  | 24.0000 | $923.08 |
| SICK |  |  |  | 23.0000 | $884.61 |
| VACATION |  |  |  | 128.0000 | $4,923.07 |
| Misc Bonus |  |  |  |  | $100.00 |
| PTO |  |  |  | 24.0000 | $923.08 |
| **Taxable Benefits** |  |  | $3.18 |  | $31.80 |
| GROUP TERM LIFE |  |  | $3.18 |  | $31.80 |
| **Memo Information** |  |  | $36.92 |  | $369.20 |
| ERMATCH |  |  | $36.92 |  | $369.20 |
| **Pre-Tax Deductions** |  |  | $214.68 |  | $2,606.22 |
| 401K-PERCENT |  |  | $61.54 |  | $615.40 |
| MEDICAL |  |  | $33.00 |  | $429.00 |
| Dental |  |  | $6.00 |  | $78.00 |
| Vision |  |  | $4.76 |  | $61.88 |
| FLEX-MEDICAL |  |  | $109.38 |  | $1,421.94 |
| **Taxes** |  |  | $602.14 |  | $8,568.64 |
| FIT |  |  | $255.39 |  | $3,685.27 |
| SS |  |  | $181.47 |  | $2,555.51 |
| MED |  |  | $42.44 |  | $597.66 |
| PA W/H |  |  | $89.76 |  | $1,264.41 |
| PA UT EE |  |  | $1.84 |  | $25.90 |
| BrcknkTwpW/H-L |  |  | $29.24 |  | $411.89 |
| BrckTwp LST-L |  |  | $2.00 |  | $28.00 |
| **Post-Tax Deductions** |  |  | $29.46 |  | $382.98 |
| LIFE-SUPPLEMENT |  |  | $16.62 |  | $216.06 |
| LIFE-ADD |  |  | $3.23 |  | $41.99 |
| Hosp Indem |  |  | $4.56 |  | $59.28 |
| VOL ACDNT |  |  | $5.05 |  | $65.65 |

|  | Routing # | Account # | Amount | Amount |
|---|---|---|---|---|
| **Net Pay** |  |  | $2,230.64 | $31,619.04 |
| On-Demand Pay - 10/31/2022 |  |  | $49.20 |  |
| On-Demand Pay - 11/1/2022 |  |  | $132.64 |  |
| On-Demand Pay - 11/2/2022 |  |  | $132.66 |  |
| On-Demand Pay - 11/3/2022 |  |  | $132.64 |  |
| On-Demand Pay - 11/4/2022 |  |  | $132.65 |  |
| On-Demand Pay - 11/7/2022 |  |  | $115.19 |  |
| On-Demand Pay - 11/8/2022 |  |  | $114.56 |  |
| On-Demand Pay - 11/9/2022 |  |  | $106.84 |  |
| On-Demand Pay - 11/10/2022 |  |  | $99.47 |  |
| On-Demand Pay - 11/11/2022 |  |  | $99.47 |  |
| Direct Deposit | 031000503 | XXXXXX5096 | $1,115.32 |  |

Page 1 of 1

CERIDIAN



Niagara Bottling, LLC    1440 Bridgegate Drive Diamond Bar, CA 91765

| Name | Address | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Tammie Sensenig | 35 Dorchester Dr Wyomissing, PA 19610 | 29807 | 04/16/2023 | 04/30/2023 | 05/05/2023 | |

| | Gross Pay | Pre Tax Deductions | Team Member Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,800.00 | 220.57 | 529.51 | 21.99 | 3,027.93 |
| YTD | 17,746.16 | 661.71 | 2,449.91 | 105.97 | 14,528.57 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| REGULAR SALARY | 04/16/2023-04/30/2023 | 86.67 | 43.2692 | 3,750.00 | 17,076.92 |
| Cell Phone Allowance | 04/16/2023-04/30/2023 | | | 50.00 | 150.00 |
| TAXABLE FRINGE | 04/16/2023-04/30/2023 | | | 37.10 | 37.10 |
| SICK PAY | | | | | 519.24 |
| Earnings | | 86.67 | | 3,837.10 | 17,783.26 |

### Team Member Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 221.13 | 1,052.24 |
| State Tax - PA | 109.49 | 521.02 |
| Federal Withholding | 104.48 | 431.04 |
| Medicare | 51.72 | 246.09 |
| City Tax - HMBRG | 37.87 | 176.33 |
| SUI-Team Member Paid - PA | 2.65 | 12.34 |
| PA LST - HMBRG | 2.17 | 10.85 |
| Team Member Taxes | 529.51 | 2,449.91 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| FSA MEDICAL | 115.00 | 345.00 |
| MEDICAL 125-SF | 86.00 | 258.00 |
| DENTAL SECTION 125-SF | 15.00 | 45.00 |
| VISION SECTION 125 | 4.57 | 13.71 |
| Pre Tax Deductions | 220.57 | 661.71 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| PREPAID LEGAL | 12.95 | 38.85 |
| LIFE POST TAX | 4.79 | 14.37 |
| PET ASSURE INSURANCE | 4.25 | 12.75 |
| WATER SALE | | 40.00 |
| Post Tax Deductions | 21.99 | 105.97 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER MEDICAL-SF | 213.84 | 643.78 |
| Worker Comp ER | 79.50 | 373.04 |
| ER STD PREM | 21.27 | 63.81 |
| ER DENTAL PREM-SF | 4.70 | 14.10 |
| ER EAP | 0.78 | 3.90 |
| ER LIFE PREM | 0.66 | 1.98 |
| Employer Paid Benefits | 320.75 | 1,100.61 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| Federal Withholding - Taxable Wages | 3,566.53 | 16,971.55 |
| Medicare - Taxable Wages | 3,566.53 | 16,971.55 |
| OASDI - Taxable Wages | 3,566.53 | 16,971.55 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| PTO Plan | 3.33 | 0 | 16.65 |
| SICK | 4 | 0 | 8 |

### Payment Information

| Bank | Account Name | Account Number | Amount | |
|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******5096 | ******5096 | 3,027.93 | USD |



Niagara Bottling, LLC    1440 Bridgegate Drive Diamond Bar, CA 91765

| Name | Address | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Tammie Sensenig | 35 Dorchester Dr Wyomissing, PA 19610 | 29807 | 02/16/2023 | 02/28/2023 | 03/07/2023 | |

| | Gross Pay | Pre Tax Deductions | Team Member Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,646.16 | 0.00 | 308.25 | 0.00 | 2,337.91 |
| YTD | 2,646.16 | 0.00 | 308.25 | 0.00 | 2,337.91 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| REGULAR SALARY | 02/20/2023-02/28/2023 | 60.00 | 43.2692 | 2,596.16 | 2,596.16 |
| Cell Phone Allowance | 02/20/2023-02/28/2023 | | | 50.00 | 50.00 |
| Earnings | | 60.00 | | 2,646.16 | 2,646.16 |

### Team Member Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 160.96 | 160.96 |
| State Tax - PA | 79.70 | 79.70 |
| Medicare | 37.64 | 37.64 |
| City Tax - HMBRG | 25.96 | 25.96 |
| PA LST - HMBRG | 2.17 | 2.17 |
| SUI-Team Member Paid - PA | 1.82 | 1.82 |
| Team Member Taxes | 308.25 | 308.25 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Worker Comp ER | 55.04 | 55.04 |
| ER MEDICAL-SF | 1.13 | 1.13 |
| ER EAP | 0.78 | 0.78 |
| Employer Paid Benefits | 56.95 | 56.95 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| Federal Withholding - Taxable Wages | 2,596.16 | 2,596.16 |
| Medicare - Taxable Wages | 2,596.16 | 2,596.16 |
| OASDI - Taxable Wages | 2,596.16 | 2,596.16 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| PTO Plan | 0 | 0 | 3.33 |
| SICK | 0 | 0 | 4 |

### Payment Information

| Bank | Account Name | Account Number | Amount | |
|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******5096 | ******5096 | 2,337.91 | USD |

35 DORCHESTER DR
WYOMISSING, PA 19610
USA

SSN: XXX-XX-XXXX
Pay Rate: $26.0000
Pay Frequency: Biweekly

Location: East Earl
Company: CUSTOM [illegible]
EMS Location: [illegible] - East Earl
Division: 23 - [illegible]
Department: 0556 - OE1 1, 3

### Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Atten Incen Reg | | | $69.60 | $649.60 |
| Atten Incent OT | | | $27.80 | $223.13 |
| Disc. Bonus | 0.0000 | $0.0000 | $0.00 | $300.00 |
| Group Term Life | | | $0.35 | $2.80 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $624.00 |
| Holiday Shift YTD | | | | $48.00 |
| Overtime | 10.0000 | $39.0000 | $390.00 | $3,110.25 |
| 3rd Shift OT | 10.0000 | $3.0000 | $30.00 | |
| Overtime Shift YTD | | | | $239.25 |
| Overtime Prem 1 | 8.0000 | $45.5000 | $364.00 | $2,980.26 |
| 3rd Shift OT | 8.0000 | $3.0000 | $24.00 | |
| Overtime Prem 1 Shift YTD | | | | $196.50 |
| Overtime Prem 2 | 0.0000 | $0.0000 | $0.00 | $182.00 |
| Overtime Prem 2 Shift YTD | | | | $10.50 |
| Regular-Hourly | 72.0000 | $26.0000 | $1,872.00 | $15,184.00 |
| 3rd Shift | 72.0000 | $2.0000 | $144.00 | |
| Regular Shift YTD | | | | $1,168.00 |
| Retention Bonus | 0.0000 | $0.0000 | $0.00 | $400.00 |
| Vacation | 8.0000 | $26.0000 | $208.00 | $832.00 |
| 3rd Shift | 8.0000 | $2.0000 | $16.00 | |
| Vacation Shift YTD | | | | $64.00 |
| Total Hours: 98.0000 | | | | |

### Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental | Yes | $8.93 | $71.44 | $13.39 | $107.12 |
| Group Term Life | No | $0.35 | $2.80 | $0.00 | $0.00 |
| Medical PPO | Yes | $86.56 | $692.48 | $215.56 | $1,724.48 |
| Vision | Yes | $5.44 | $43.52 | $0.00 | $0.00 |
| EAP | No | $0.00 | $0.00 | $0.44 | $3.52 |
| Life and AD&D | No | $0.00 | $0.00 | $2.01 | $16.08 |

### Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $232.98 | $2,041.67 |
| Employee Medicare | $44.29 | $368.26 |
| Social Security Employee Tax | $189.37 | $1,574.63 |
| PA State Income Tax | $93.76 | $779.61 |
| E EARL | $30.54 | $253.95 |
| E EARL TWP | $1.52 | $12.96 |
| EASTERN LANCASTER SD | $0.38 | $3.64 |
| PA Unemployment Employee | $2.27 | $18.85 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Vacation | 4.6154 | 31.8464 |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx5095 | Checking | $2,459.82 |
| Total | | $2,459.82 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,155.35 | $3,054.42 | $594.25 | $101.28 | $2,459.82 |
| YTD | $26,204.69 | $25,397.25 | $5,053.17 | $810.24 | $20,342.28 |

35 DORCHESTER DR
WYOMISSING PA 19610
USA

SSN: XXX-XX-XXXX
CELL: 
Pay Rate: $26.0000
Pay Frequency: Biweekly

Location: East Earl
CWS Location: EEARL - East Earl
Division: General
Department: 0580 - CELL 3

### Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Atten Incen Reg | | | $80.00 | $720.00 |
| Atten Incent OT | | | $34.50 | $257.63 |
| Disc. Bonus | 0.0000 | $0.0000 | $0.00 | $300.00 |
| Group Term Life | | | $0.35 | $3.15 |
| Holiday | 8.0000 | $26.0000 | $208.00 | $832.00 |
| 3rd Shift | 8.0000 | $2.0000 | $16.00 | |
| Holiday Shift YTD | | | | $64.00 |
| Overtime | 10.0000 | $39.0000 | $390.00 | $3,500.25 |
| 3rd Shift OT | 10.0000 | $3.0000 | $30.00 | |
| Overtime Shift YTD | | | | $269.25 |
| Overtime Prem 1 | 13.0000 | $45.5000 | $591.50 | $3,571.76 |
| 3rd Shift OT | 13.0000 | $3.0000 | $39.00 | |
| Overtime Prem 1 Shift YTD | | | | $235.50 |
| Overtime Prem 2 | 0.0000 | $0.0000 | $0.00 | $162.00 |
| Overtime Prem 2 Shift YTD | | | | $10.50 |
| Regular-Hourly | 72.0000 | $26.0000 | $1,872.00 | $17,056.00 |
| 3rd Shift | 72.0000 | $2.0000 | $144.00 | |
| Regular Shift YTD | | | | $1,312.00 |
| Retention Bonus | 0.0000 | $0.0000 | $0.00 | $400.00 |
| Vacation | 0.0000 | $0.0000 | $0.00 | $832.00 |
| Vacation Shift YTD | | | | $64.00 |

Total Hours: 103.0000

### Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental | Yes | $8.93 | $80.37 | $13.39 | $120.51 |
| Group Term Life | No | $0.35 | $3.15 | $0.00 | $0.00 |
| Medical PPO | Yes | $86.56 | $779.04 | $215.56 | $1,940.04 |
| Vision | Yes | $5.44 | $48.96 | $0.00 | $0.00 |
| EAP | No | $0.00 | $0.00 | $0.44 | $3.96 |
| Life and AD&D | No | $0.00 | $0.00 | $2.01 | $18.09 |

### Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $262.83 | $2,304.50 |
| Employee Medicare | $47.91 | $416.17 |
| Social Security Employee Tax | $204.87 | $1,779.50 |
| PA State Income Tax | $101.44 | $881.05 |
| E EARL | $33.04 | $286.99 |
| E EARL TWP | $1.62 | $14.58 |
| EASTERN LANCASTER SD | $0.38 | $3.42 |
| PA Unemployment Employee | $2.38 | $20.43 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Vacation | 4.6154 | 36.4618 |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx5096 | Checking | $2,649.60 |
| Total | | $2,649.60 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,405.35 | $3,304.42 | $654.47 | $101.28 | **$2,649.60** |
| YTD | $29,610.04 | $28,701.67 | $5,706.64 | $911.52 | $22,991.88 |

End date: 4/28

DANIEL L. SENSENIG Jr.
35 DORCHESTER DR
WYOMISSING, PA 19610
USA

| | |
|---|---|
| Employee Number | 00604 |
| SSN | XXX-XX-XXXX |
| Job | CELL LEADER EE |
| Pay Rate | $26.0000 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | Hourly EE |
| Location | E Earl |
| BusinessUnit | CUSTOM - Custom |
| CWS Location | EEARL - East Earl |
| Division | 21 - East Earl |
| Department | 0560 - CELL 3 |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Atten Incen Reg | | | $80.00 | $400.00 |
| Atten Incent OT | | | $30.75 | $121.14 |
| Overtime | 10.0000 | $39.0000 | $390.00 | $1,833.00 |
| 3rd Shift OT | 10.0000 | $3.0000 | $30.00 | |
| Overtime Shift YTD | | | | $141.00 |
| Overtime Prem 1 | 10.5000 | $45.5000 | $477.75 | $1,535.63 |
| 3rd Shift OT | 10.5000 | $3.0000 | $31.50 | |
| Overtime Prem 1 Shift YTD | | | | $101.25 |
| Regular-Hourly | 80.0000 | $26.0000 | $2,080.00 | $10,965.50 |
| 3rd Shift | 80.0000 | $2.0000 | $160.00 | |
| Regular Shift YTD | | | | $843.50 |
| Vacation | 0.0000 | $0.0000 | $0.00 | $260.00 |
| Vacation Shift YTD | | | | $20.00 |
| Total Hours  100.5000 | | | | |

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| No records found | | | | | |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $269.32 | $1,215.21 |
| Employee Medicare | $47.56 | $235.20 |
| Social Security Employee Tax | $203.36 | $1,005.70 |
| PA State Income Tax | $100.70 | $497.98 |
| E EARL | $32.80 | $162.21 |
| E EARL TWP | $1.62 | $9.72 |
| EASTERN LANCASTER SD | $0.38 | $2.28 |
| PA Unemployment Employee | $1.97 | $9.73 |

## Paid Time Off

| Plan | Current |
|---|---|
| Vacation | 4.6154 |

## Net Pay Distribution

| Balance | Account Number | Account Type | Amount |
|---|---|---|---|
| 17.6924 | xxxxxx5096 | Checking | $2,622.29 |
| | Total | | $2,622.29 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,280.00 | $3,280.00 | $657.71 | $0.00 | $2,622.29 |
| YTD | $16,221.02 | $16,221.02 | $3,138.03 | $0.00 | $13,082.99 |

11/5/22

DANIEL L. SENSENIG JR.
35 DORCHESTER DR
WYOMISSING, PA 19610
USA

| | |
|---|---|
| Employee Number | 100036 |
| SSN | XXX-XX-XXXX |
| Job | CELL LEADER EE |
| Pay Rate | $26.0000 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | Hourly A |
| Location | East Earl |
| BusinessUnit | CUSTOM - Custom |
| CWS Location | EEARL - East Earl |
| Division | 21 - East Earl |
| Department | 0580 - CELL 3 |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Atten Incen Reg | 0.0000 | $0.0000 | $0.00 | $400.00 |
| Atten Incent OT | 0.0000 | $0.0000 | $0.00 | $121.14 |
| Christmas Bonus | | | $100.00 | $100.00 |
| Overtime | 0.0000 | $0.0000 | $0.00 | $1,833.00 |
| Overtime Shift YTD | | | | $141.00 |
| Overtime Prem 1 | 0.0000 | $0.0000 | $0.00 | $1,535.63 |
| Overtime Prem 1 Shift YTD | | | | $101.25 |
| Regular-Hourly | 0.0000 | $0.0000 | $0.00 | $10,965.59 |
| Regular Shift YTD | | | | $843.50 |
| Vacation | 0.0000 | $0.0000 | $0.00 | $260.00 |
| Vacation Shift YTD | | | | $20.00 |

Total Hours  0.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| No records found | | | | | |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $22.00 | $1,237.21 |
| Employee Medicare | $1.45 | $236.65 |
| Social Security Employee Tax | $6.20 | $1,011.90 |
| PA State Income Tax | $3.07 | $501.05 |
| E EARL | $1.00 | $163.21 |
| E EARL TWP | $0.00 | $9.72 |
| EASTERN LANCASTER SD | $0.00 | $52.28 |
| PA Unemployment Employee | $0.06 | $9.79 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Vacation | 0.0000 | 17.6924 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx5096 | Checking | $66.22 |
| Total | | $66.22 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $100.00 | $100.00 | $33.78 | $0.00 | $66.22 |
| YTD | $17,029.21 | $17,029.21 | $3,171.81 | $0.00 | $14,149.21 |

12/28/2?