**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  John J. Smithh, III, | : | Chapter 13 |
| Carol Smith, | : | |
| Debtors | : | |
| | : | Bankruptcy No. 23-10394-PMM |

## PRAECIPE TO WITHDRAW EMPLOYEE INCOME RECORDS

To:    U.S. Bankruptcy Court Clerk

KINDLY withdraw Employee Income Records filed on 7/7/2023 to docket #34 with respect to the above-referenced Bankruptcy case.

Respectfully submitted,

MENDELSOHN & MENDELSOHN, P.C.

BY: /s/ Brenna H. Mendelsohn, Esquire
         Attorney for Debtor

Dated: July 7, 2023