# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 23-10394-PMM |
| John Smith and Carol Smith | : Chapter 13 |
|     Debtor | : |
| | : |
| Wells Fargo Bank, N.A., as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-NC2 c/o Select Portfolio Servicing, Inc. | : |
|     Movant | : |
| vs. | : |
| John Smith and Carol Smith | : |
|     Debtor/Respondent | : |
| and | : |
| Scott F. Waterman, Esquire | : |
|     Trustee/Respondent | : |

## **OBJECTION TO CONFIRMATION OF THE AMENDED PLAN**

Wells Fargo Bank, N.A., as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-NC2 c/o Select Portfolio Servicing, Inc. ("Movant"), by its attorneys, Hladik, Onorato & Federman, LLP, objects to confirmation of the Amended Chapter 13 Plan of Debtors, John Smith and Carol Smith ("Debtors"), as follows:

1. As of the bankruptcy filing date of February 10, 2023, Movant holds a secured Claim against the Debtors' property located at 501 Deborah Drive, Reading, PA 19608 a/k/a 501 Deborah Drive, Sinking Spring, PA 19608.

2. On June 07, 2023 Movant filed an Amended Proof of Claim citing a secured claim in the amount of 218,927.22, with pre-petition arrears in the amount of $83,601.75.

3. The Amended Plan currently proposes payment to Movant in the amount of $0.00 for pre-petition arrears.

4. The proposed Amended Plan indicates the Debtor is attempting to obtain a Loan Modification. Movant is not opposed to Debtor completing the required paperwork and submitting financials for review for a Loan Modification, however, Movant should be paid its arrearages through the Plan at this time, if and until a loan modification placing all arrears into such a loan modification is approved.

5. The Plan fails to cure the delinquency pursuant to 11 U.S.C. § 1322(b)(5).

      6.     The Amended Plan violates of 11 USC § 1325(a)(5)(B)(ii) by not providing for Movant to receive the full value of its claim.

      7.     Movant objects to the feasibility of the Amended Plan under 11 U.S.C. § 1325(a)(6). The Amended Plan proposed by Debtor is not feasible. Movant requests that the bankruptcy case either be converted to a Chapter 7 or be dismissed pursuant to 11 U.S.C. § 1307.

      WHEREFORE, Movant respectfully requests that this Honorable Court deny confirmation of the Debtors' Chaper 13 Plan.

Respectfully submitted,

Dated: 08/02/2023

/s/ Sarah K. McCaffery, Esquire
Sarah K. McCaffery, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 311728
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 23-10394-PMM |
| John Smith and Carol Smith | : Chapter 13 |
|     Debtor | : |
| | : |
| Wells Fargo Bank, N.A., as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-NC2 c/o Select Portfolio Servicing, Inc. | : : : : |
|     Movant | : |
|     vs. | : |
| John Smith and Carol Smith | : |
|     Debtor/Respondent | : |
|     and | : |
| Scott F. Waterman, Esquire | : |
|     Trustee/Respondent | : |

### CERTIFICATE OF MAILING OF OBJECTION TO THE PROPOSED AMENDED PLAN TO PARTIES IN INTEREST

I, Sarah K. McCaffery, Esquire, attorney for Wells Fargo Bank, N.A., as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-NC2 c/o Select Portfolio Servicing, Inc. ("Movant"), certify that I served a copy of the attached Objection to the Amended Plan to the parties below on 08/02/2023:

Brenna Hope Mendelsohn, Esquire  
Via Electronic Filing  
*Attorney for Debtors*

John Smith  
Carol Smith  
501 Deborah Drive  
Reading, PA 19608  
Via First Class Mail  
*Debtors*

Scott F. Waterman, Esquire  
Via Electronic Filing  
*Trustee*

Date: 08/02/2023

    Respectfully Submitted,  
/s/ Sarah K. McCaffery, Esquire  
Sarah K. McCaffery, Esquire  
Hladik, Onorato & Federman, LLP  
Attorney I.D. # 311728  
298 Wissahickon Avenue  
North Wales, PA 19454  
Phone 215-855-9521  
Fax 215-855-9121