| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 23-10394-PMM

| | |
|---|---|
| John J Smith III | Petition Filed Date: 02/10/2023 |
| Carol Smith | 341 Hearing Date: 04/25/2023 |
| 501 Deborah Drive | Confirmation Date: |
| Reading  PA    19608 | |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/20/2023 | $400.00 | | 04/17/2023 | $400.00 | | 05/15/2023 | $400.00 | |
| 06/15/2023 | $400.00 | | 07/17/2023 | $191.00 | | | | |

**Total Receipts for the Period:  $1,791.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $1,791.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRENNA H MENDELSOHN ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»»  001 | Unsecured Creditors | $1,104.74 | $0.00 | $0.00 |
| 2 | SELECT PORTFOLIO SERVICING INC<br>»»  002 | Mortgage Arrears | $83,601.75 | $0.00 | $0.00 |
| 3 | SELECT PORTFOLIO SERVICING INC<br>»»  003 | Ongoing Mortgage | $9,869.20 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-10394-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,791.00 | Current Monthly Payment: | $191.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($418.00) |
| Paid to Trustee: | $157.19 | Total Plan Base: | $5,384.00 |
| Funds on Hand: | $1,633.81 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.