# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
**John J. Smith and Carol Smith,**     :     **Chapter 13**
                                       :
                                       :     **Case No. 23-10384 (PMM)**
                                       :
**Debtors.**                           :

## O R D E R

**AND NOW**, upon consideration of the Motion for Relief from Stay ("the Motion") (Doc. #31), seeking relief pursuant to 11 U.S.C. §362 and the Response thereto (doc. #33);

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **GRDERED** that:

1. On or before **October 5, 2023**, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

*Patricia M. Mayer*
_____
**Date:  9/5/23**                       **PATRICIA M. MAYER**
                                        **U.S. BANKRUPTCY JUDGE**