# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Carol M. Smith and John J. Smith, III<br>　　　　　Debtors | : Bankruptcy No. 23-10394-PMM<br>: Chapter 13<br>: |
| Wells Fargo Bank, N.A., as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-NC2 c/o Select Portfolio Servicing, Inc.<br>　　　　　Movant<br>　　　　vs.<br>Carol M. Smith and John J. Smith, III<br>　　　　　Debtor/Respondent<br>　　　　and<br>Scott F. Waterman, Esquire<br>　　　　　Trustee/Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATION OF NO ANSWER OR RESPONSE
## TO MOTION FOR RELIEF FROM AUTOMATIC STAY

I, Sarah K. McCaffery, counsel for Wells Fargo Bank, N.A., as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-NC2 c/o Select Portfolio Servicing, Inc. ("Movant"), hereby certify that no answer, objection, or other response to the Motion for Relief from Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 of the Bankruptcy Code, has been filed with the Court or served upon undersigned counsel.

WHEREFORE, Movant prays this Honorable Court grants the Motion.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Date:  10/10/2023

　　　　　　　　　　　　　　　　　　　　/s/ Sarah K. McCaffery, Esquire
　　　　　　　　　　　　　　　　　　　　Sarah K. McCaffery, Esquire
　　　　　　　　　　　　　　　　　　　　Hladik, Onorato & Federman, LLP
　　　　　　　　　　　　　　　　　　　　Attorney I.D. # 311728
　　　　　　　　　　　　　　　　　　　　298 Wissahickon Avenue
　　　　　　　　　　　　　　　　　　　　North Wales, PA 19454
　　　　　　　　　　　　　　　　　　　　Phone 215-855-9521
　　　　　　　　　　　　　　　　　　　　Fax 215-855-9121

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 23-10394-PMM |
| Carol M. Smith and John J. Smith, III | : Chapter 13 |
| Debtors | : |
| | : |
| Wells Fargo Bank, N.A., as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-NC2 c/o Select Portfolio Servicing, Inc. | : : : : |
| Movant | : |
| vs. | : |
| Carol M. Smith and John J. Smith, III | : |
| Debtor/Respondent | : |
| and | : |
| Scott F. Waterman, Esquire | : |
| Trustee/Respondent | : |

**CERTIFICATE OF SERVICE OF**
**CERTIFICATION OF NO ANSWER OR RESPONSE**

I, Sarah K. McCaffery, certify under penalty of perjury that I served the above captioned pleading, Certification of No Answer of Response to Motion Relief, on the parties at the addresses shown on the date set forth below. The types of service made on the parties were: Electronic Notification and/ or First Class Mail, as noted below:

Brenna Hope Mendelsohn, Esquire
Via ECF
*Attorney for Debtors*

Scott F. Waterman, Esquire
VIA ECF
*Trustee*

Carol M. Smith
John J. Smith
501 Deborah Drive
Sinking Spring, PA 19608
Via First Class Mail
*Debtors*

Respectfully Submitted,

Date:  10/10/2023

/s/ Sarah K. McCaffery, Esquire
Sarah K. McCaffery, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 311728
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121