**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 23-10394-PMM |
| Carol M. Smith and John J. Smith, III | : Chapter 13 |
|     Debtors | : |
| | : |
| Wells Fargo Bank, N.A., as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-NC2 c/o Select Portfolio Servicing, Inc. | : : : : |
|     Movant | : |
|     vs. | : |
| Carol M. Smith and John J. Smith, III | : |
|     Debtor/Respondent | : |
|     and | : |
| Scott F. Waterman, Esquire | : |
|     Trustee/Respondent | : |

**ORDER**

AND NOW, this 11th day of October, 2023, upon the Motion of Movant, Wells Fargo Bank, N.A., as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-NC2 c/o Select Portfolio Servicing, Inc., it is hereby

ORDERED THAT: the Motion is granted as to Movant and its successors, if any, and the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 of the Bankruptcy Code is modified and lifted with respect to the premises, 501 Deborah Drive, Sinking Spring, PA 19608.

_/s/ Patricia M. Mayer_
_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Judge