United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 23-10394-pmm
John J. Smith, III  Chapter 13
Carol Smith
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: admin    Page 1 of 2
Date Rcvd: Nov 09, 2023    Form ID: pdf900    Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John J. Smith, III, Carol Smith, 501 Deborah Drive, Reading, PA 19608-1936 |
| 14756056 | | LVNV Funding LLC, c/o Resurgent Capital, Greenville, SC 29602 |
| 14756058 | | Select Portfolio Services, PO Box 852750, Salt Lake City, UT 84165 |
| 14757907 | + | Wells Fargo Bank, N.A., as Trustee, Sarah K. McCaffery, Esquire, HLADIK, ONORATO & FEDERMAN, LLP, 298 Wissahickon Avenue, North Wales, PA 19454 smccaffery@hoflawgroup.com 19454-4156 |
| 14758207 | + | Wells Fargo Bank, N.A., as Trustee for the Structu, c/o Sarah K. McCaffery, Esquire, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Nov 10 2023 00:25:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 10 2023 00:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14756055 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 10 2023 01:11:18 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14774298 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2023 00:38:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14759236 | ^ | MEBN | Nov 10 2023 00:23:02 | ONYX Bay Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14775524 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 10 2023 00:26:00 | ONYX Bay Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14756057 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 10 2023 00:26:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 14756059 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 10 2023 00:38:53 | Wells Fargo Bank, N.A., PO Box 5058, MAC P6053-021, Portland, OR 97208-5058 |
| 14775518 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 10 2023 00:26:00 | Wells Fargo Bank, N.A., et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14788466 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 10 2023 00:26:00 | Wells Fargo Bank, N.A., et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65450, Salt Lake City, UT 84165-0450 |

TOTAL: 10

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 09, 2023 | Form ID: pdf900 | Total Noticed: 15 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 11, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2023 at the address(es) listed below:

**Name**        **Email Address**

BRENNA HOPE MENDELSOHN
    on behalf of Debtor John J. Smith III tobykmendelsohn@comcast.net

BRENNA HOPE MENDELSOHN
    on behalf of Joint Debtor Carol Smith tobykmendelsohn@comcast.net

DENISE ELIZABETH CARLON
    on behalf of Creditor ONYX BAY TRUST bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor ONYX BAY TRUST mfarrington@kmllawgroup.com

SARAH K. MCCAFFERY
    on behalf of Creditor WELLS FARGO BANK N.A., AS TRUSTEE FOR THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-NC2 c/o Select Portfolio Servicing, Inc. ckohn@hoflawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| John J Smith III | |
| Carol Smith | Bankruptcy No. 23-10394-PMM |
| Debtors | |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED and Debtors are barred from filing bankruptcy, either individually or jointly with a spouse under any section of the code, without prior leave of Court FOR A PERIOD OF TWO YEARS.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: November 9, 2023**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE